UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL THOMAS VAN DYKE,<br><br>　　　　　　　Defendant. | No. 2:15-CR-025-JLQ<br><br>ORDER GRANTING MOTION TO MODIFY AND MOTIONS TO EXPEDITE |

Before the Court is Defendant's Motion to Modify the Curfew, ECF No. 41, and Motion to Expedite. The Defendant seeks modification of his curfew requirements for the evening of July 1, 2015, so he may travel from Moses Lake and spend the night in Spokane, in order to attend a hearing at 9:00 a.m. on the morning of July 2, 2015, in Spokane. Defendant uses a wheelchair, and would be in the company of his father during this time.

The United States has no objection to the request.

**IT IS ORDERED** that the Motions, **ECF No. 41, 42,** are **GRANTED**. During the period that the curfew is waived, Mr. Van Dyke shall comply with all other conditions as set forth by this Court. Defendant's curfew is modified for the evening of July 1, 2015, only, and only to the extent necessary to permit him to travel as specified above. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED July 1, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1