PROB 12C
(6/16)

Report Date: July 25, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Thomas Van Dyke     Case Number: 0980 2:15CR00025-JLQ-1

Address of Offender:                                    , Moses Lake, Washington  98837

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 28, 2015

Original Offense:       Travel With Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b)

Original Sentence:      Prison - 36 months           Type of Supervision: Supervised Release
                        TSR - 120 months

Revocation Sentence:    Prison - 3 months
(10/30/2018)            TSR - 120 months

Asst. U.S. Attorney:    James Goeke                  Date Supervision Commenced: March 1, 2019

Defense Attorney:       Matthew A. Campbell          Date Supervision Expires: February 28, 2029

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1                       **Special Condition #14**: You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability.

                        **Supporting Evidence**: Mr. Van Dyke is alleged to have failed to participate in sex offender counseling with Priscilla Hannon, Sex Offender Therapist, on July 10, 17, and 24, 2019.

                        On March 7, 2019, Mr. Van Dyke reviewed and signed a copy of the judgment issued in this matter acknowledging that he understood the conditions imposed and had received a copy of the conditions.  On this same date, Mr. Van Dyke signed the referral form for Priscilla Hannon for sex offender treatment.

Prob12C
**Re: Van Dyke, Michael Thomas**
**July 25, 2019**
Page 2

On March 12, 2019, Mr. Van Dyke again reviewed and signed a copy of the judgment issued in this matter acknowledging that he understood the conditions imposed. On this same date, Mr. Van Dyke was again reminded of his sex offender treatment obligation.

On April 24, 2019, this officer received a progress report from Priscilla Hannon, Sex Offender Therapist, indicating Mr. Van Dyke had scheduled a counseling appointment for March 29, 2019; however, he was a no call/no show for his appointment. As a result, this officer spoke with Ms. Hannon and scheduled the defendant to attend treatment every Wednesday at 12:30 p.m. Mr. Van Dyke's first session was on May 1, 2019.

On July 18, 2019, this officer received information from Ms. Hannon which stated Mr. Van Dyke was a no call/no show for sex offender group counseling on July 10 and 17, 2019. She further added that he failed to show for a one on one counseling session on July 17, 2019, as well. According to Ms. Hannon, Mr. Van Dyke called and left a voice mail message 40 minutes after his counseling session, advising he was experiencing an anxiety attack and could not drive. On July 24, 2019, this officer received notice from Ms. Hannon indicating Mr. Van Dyke failed to attend sex offender treatment once again.

2      **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance.

**Supporting Evidence**: Mr. Van Dyke is alleged to have used marijuana on or before July 2, 2019, and on or before July 18, 2019.

On March 7, 2019, Mr. Van Dyke reviewed and signed a copy of the judgment issued in this matter acknowledging that he understood the conditions imposed and had received a copy of the conditions. On March 12, 2019, Mr. Van Dyke again reviewed and signed a copy of the judgment issued in this matter acknowledging that he understood the conditions imposed.

On June 13, 2019, an unannounced home visit was conducted for the purpose of monitoring surveillance and to collect a urine sample for a drug screen. Mr. Van Dyke stated he was unable to produce a sample due to his medical condition. He reported not being able to produce the specimen on demand but would be open to using the sweat patch in the future for drug screening purposes. On June 19, 2019, this officer received a call from Mr. Van Dyke stating he had changed his mind about using the sweat patch for testing and would be able to produce a urine specimen for a drug screen if given advance notice.

On July 2, 2019, Mr. Van Dyke was notified a home visit would be conducted on this date and he was asked to be prepared for a drug screen. Later that afternoon, Mr. Van Dyke submitted to a drug screen which returned positive for marijuana. Mr. Van Dyke admitted to using marijuana on May 25, 2019. The defendant signed an admission of drug use form admitting to the use of marijuana. Mr. Van Dyke admitted to the undersigned he initially reported he could not produce a sample because he was trying to buy some time in hopes of being able to submit a negative test.

On July 18, 2019, Mr. Van Dyke was directed to submit to a drug screen. Results returned presumptive positive for marijuana. Mr. Van Dyke stated he did not think he would be tested again right away so he admitted to having used marijuana on July 10, 2019. Mr. Van Dyke signed the admission of drug use form admitting marijuana use.

Prob12C
**Re: Van Dyke, Michael Thomas**
**July 25, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 25, 2019

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

 7/29/2019
Date