PROB 12C
(6/16)

Report Date: August 30, 2019

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 03, 2019

SEAN F. McAVOY, CLERK

## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Thomas Van Dyke         Case Number: 0980 2:15CR00025-JLQ-1

Address of Offender:                              Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 28, 2015

| | | |
|---|---|---|
| Original Offense: | Travel With Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b) | |
| Original Sentence: | Prison - 36 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (10/30/2018) | Prison - 3 months; TSR - 120 months | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: March 1, 2019 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: February 28, 2029 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on July 25, 2019.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

3        **Mandatory Condition #3**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: Mr. Van Dyke is alleged to have used marijuana on or before August 22, 2019.

On March 7, 2019, Mr. Van Dyke reviewed and signed a copy of the judgment issued in this matter acknowledging that he understood the conditions imposed and had received a copy of the conditions. On March 12, 2019, Mr. Van Dyke again reviewed and signed a copy of the judgment issued in this matter acknowledging that he understood the conditions imposed.

On August 22, 2019, an unannounced home visit was conducted for the purpose of monitoring surveillance and to collect a urine sample for a drug screen. Mr. Van Dyke

        stated he was unable to produce a urine sample. He further reported he used marijuana on August 20, 2019. The defendant signed an admission of drug use form admitting to the use of marijuana.

4      **Special Condition #14**: You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability.

        **Supporting Evidence**: Mr. Van Dyke is alleged to have failed to participate in sex offender counseling with Priscilla Hannon, Sex Offender Therapist, on July 31, August 7 and 14, 2019.

        On March 7, 2019, Mr. Van Dyke reviewed and signed a copy of the judgment issued in this matter acknowledging that he understood the conditions imposed and had received a copy of the conditions. On this same date, Mr. Van Dyke signed the referral form for Priscilla Hannon for sex offender treatment.

        On March 12, 2019, Mr. Van Dyke again reviewed and signed a copy of the judgment issued in this matter acknowledging that he understood the conditions imposed. On this same date, Mr. Van Dyke was again reminded of his sex offender treatment obligation.

        On August 19, 2019, this officer received notice from Priscilla Hannon indicating Mr. Van Dyke failed to attend his treatment sessions on July 31, August 7 and 14, 2019..

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 30, 2019

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

 9/3/2019
_____
Date