PROB 12C
(6/16)

Report Date: December 5, 2019

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 05, 2019**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael Thomas Van Dyke | Case Number: 0980 2:15CR00025-JLQ-1 |
| Address of Offender: | Moses Lake, Washington 98837 |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 28, 2015

Original Offense:    Travel With Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b)

| | | |
|---|---|---|
| Original Sentence: | Prison - 36 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>10/30/2018 | Prison- 3 months<br>TSR- 120 months | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: March 1, 2019 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: February 28, 2029 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/29/2019 and 09/03/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: It is alleged that Michael Van Dyke violated the conditions of supervision by admitting, to the probation officer, to using marijuana. |
| | On March 7, 2019, Mr. Van Dyke reviewed and signed a copy of the judgement issued in this case acknowledging that he understood the conditions and received a copy of the conditions.  On March 12, 2019, Mr. Van Dyke again reviewed and signed a copy of the judgement issued in this case, acknowledging that he understood the conditions. |
| | On December 5, 2019, Mr. Van Dyke was asked by the probation officer if he would be positive for the marijuana if tested.  The offender admitted that he would test positive for |

Prob12C
**Re: Van Dyke, Michael Thomas**
**December 5, 2019**
**Page 2**

    marijuana. Mr. Van Dyke further admitted that he has continued to use marijuana while attending treatment.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/05/2019

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

12/05/2019
Date