PROB 12C
(6/16)

Report Date: January 16, 2020

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2020

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

| | | |
|---|---|---|
| Name of Offender: Michael Thomas Van Dyke | | Case Number: 0980 2:15CR00025-JLQ-1 |
| Address of Offender: | | Moses Lake, Washington 98837 |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 28, 2015

| | |
|---|---|
| Original Offense: | Travel With Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 36 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>10/30/2018 | Prison - 3 months<br>TSR - 120 months | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: March 1, 2019 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: February 28, 2029 |

**PETITIONING THE COURT**

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/29/2019; 09/03/2019; and 12/05/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: It is alleged that Michael Van Dyke violated the conditions of supervision by admitting to using marijuana on or about December 31, 2019.

On March 7, 2019, Mr. Van Dyke reviewed and signed a copy of the judgement issued in this case acknowledging that he understood the conditions and received a copy of the conditions.  On March 12, 2019, Mr. Van Dyke again reviewed and signed a copy of the judgement issued in this case, acknowledging that he understood the conditions.

On January 7, 2020, the probation officer reviewed a polygraph report administered on December 17, 2019, where Mr. Van Dyke admitted to using marijuana "about a week ago."

Prob12C
**Re: Van Dyke, Michael Thomas**
**January 16, 2020**
**Page 2**

|   |   |
|---|---|
|   | On January 9, 2020, the probation officer contacted Mr. Van Dyke at his home and asked about his marijuana use. The offender stated that his last use was December 31, 2019. |
| 7 | **Special Condition #15:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence:** It is alleged that Michael Van Dyke violated the conditions of supervision by failing to report for drug testing at Social Treatment Opportunity Programs (STOP) on December 18, 2019. |
|   | On September 19, 2019, the Court added additional conditions, including the drug testing condition. On August 22, 2019, Mr. Van Dyke reviewed and signed the substance abuse testing instructions which directed him to call the urine collection color line at STOP daily and report to STOP when his assigned color group is indicated. On October 22, 2019, Mr. Van Dyke was assigned to the color group green. |
|   | On December 18, 2019, the color group green was directed to report to STOP for urine drug testing. On December 19, 2019, STOP reported that the offender failed to report. The probation officer questioned Mr. Van Dyke regarding his missed test and he admitted that he has not been calling the color line number at STOP daily as directed. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/16/2020

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

Prob12C
**Re: Van Dyke, Michael Thomas**
**January 16, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____1/16/2020_____
Date