PROB 12C
(6/16)

Report Date: December 4, 2020

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2020

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| Name of Offender: Michael Thomas Van Dyke | | Case Number: 0980 2:15CR00025-WFN-1 |
| Address of Offender: | | Spokane, Washington 99202 |
| Name of Sentencing Judicial Officer: | The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: September 28, 2015 | | |
| Original Offense: | Travel with Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b) | |
| Original Sentence: | Prison - 36 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 30, 2018) | Prison - 3 months<br>TSR - 120 months | |
| Revocation Sentence:<br>(February 24, 2020 | Prison - 6 months<br>TSR - 120 months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: August 10, 2020 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: August 9, 2030 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/26/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision. |
| | **Supporting Evidence**: Mr. Van Dyke is alleged to be in violation of his supervised release by failing to follow the instructions of the undersigned officer on or about November 30, 2020, when he searched the Internet for sexually explicit content, despite being instructed by this officer to not do so. |
| | On August 11, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Van Dyke, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements. |

Prob12C
Re: Van Dyke, Michael Thomas
December 4, 2020
Page 2

On November 17, 2020, this officer received the offender's weekly accountability report from Covenant Eyes. Upon review of the report, the undersigned officer located multiple screen shots that were sexually explicit; in one screen shot the female is wearing lingerie and her legs are spread for the camera.

On November 17, 2020, Mr. Van Dyke was contacted with regard to the sexually explicit images; he insisted he was "looking up images that he is legally allowed to search for." The offender further stated he is "a man with sexual urges." This officer explained to Mr. Van Dyke that although the images were not "pornographic," they could be considered a violation of the conditions of his supervision. The offender was subsequently instructed to discontinue searching the Internet for sexually explicit content.

On November 24, 2020, this officer received the offender's weekly accountability report from Covenant Eyes. Upon review of the report, the undersigned officer again located multiple screen shots that were sexually explicit; a number of the screen shots were of women kissing.

On November 24, 2020, Mr. Van Dyke was again contacted regarding the nature of his Internet searches. The offender insisted his sex offender treatment provider, Priscilla Hannon, had given him authorization to look at such content online. With Mr. Van Dyke on the telephone, Ms. Hannon was contacted and a conference call was held. During that telephone call both Ms. Hannon and this officer again reiterated that searching the Internet for sexually explicit content was both counterproductive to his sex offender treatment program and a violation of his federal supervision. Mr. Van Dyke confirmed he understood.

On November 30, 2020, the undersigned officer received notification from the residential reentry center (RRC) that the offender had disregarded this officer's instructions and had been searching for, and viewing, sexually explicit content online.

5    **Special Condition # 9**: You are prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You must not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You must not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards or bank statements.

**Supporting Evidence**: Mr. Van Dyke is alleged to be in violation of his supervised release by searching for, and viewing, sexually explicit content online on or about November 30, 2020.

On August 11, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Van Dyke, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On November 30, 2020, the undersigned officer received notification from the RRC that the offender had disregarded this officer's instructions and had been searching for, and viewing, sexually explicit content online.

Prob12C
**Re: Van Dyke, Michael Thomas**
**December 4, 2020**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/04/2020

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

12/4/2020

Date