PROB 12C
(6/16)

Report Date: August 10, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Michael Thomas Van Dyke | Case Number: | 0980 2:15CR00025-WFN-1 |
| Address of Offender: | ███████████████████ Spokane, Washington 99201 | | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 28, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Travel with Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b) | | |
| Original Sentence: | Prison - 36 months<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>10/30/2018 | Prison - 3 months<br>TSR - 120 months | | |
| Revocation Sentence:<br>02/24/2020 | Prison - 6 months<br>TSR - 120 months | | |
| Revocation Sentence:<br>03/02/2021 | Prison - 8 months<br>TSR - 113 months, 7 days | | |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced: | January 20, 2022 |
| Defense Attorney: | J Houston Goddard | Date Supervision Expires: | August 9, 2030 |

### PETITIONING THE COURT

To issue a summons.

On January 25, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Van Dyke, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On May 6, 2022, Mr. Van Dyke allegedly violated special condition number 17 by consuming marijuana. |

Prob12C
**Re: Van Dyke, Michael Thomas**
**August 10, 2022**
**Page 2**

On May 6, 2022, when Mr. Van Dyke reported to the U.S. Probation Office to meet with this officer, he was notified that he would be subject to random urinalysis testing. The offender claimed he was unable to provide a urine sample without advance notice, due to his medial issues. He did although subsequently admit to the use of marijuana prior to reporting to the U.S. Probation Office that day. He signed an admission of use form confirming his marijuana use on or about May 6, 2022.

2     **Special Condition #17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On May 24, 2022, Mr. Van Dyke allegedly violated special condition number 17 by consuming marijuana.

On May 24, 2022, Mr. Van Dyke reported to the U.S. Probation Office to meet with this officer. At that time, he was notified he would be subject to random urinalysis testing. The offender once again claimed he was unable to provide a urine sample due to his medial issues. He did although admit to the use of marijuana prior to reporting to the U.S. Probation Office that day. He signed an admission of use form confirming his marijuana use on or about May 24, 2022.

3     **Special Condition #16**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On May 9, 18, and 23, 2022, Mr. Van Dyke allegedly violated special condition number 16 by failing to engage in substance abuse treatment with Pioneer Human Services (PHS) as required.

According to information received from PHS, the offender failed to engage in substance abuse treatment as scheduled on May 9, 18, and 23, 2022. Mr. Van Dyke failed to notify this officer that he did not engage in treatment on those dates as required, but he later claimed he had begun to feel sick, although he acknowledged he did not attempt to seek medical treatment.

4     **Special Condition #17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about June 6, 2022, Mr. Van Dyke allegedly violated special condition number 17 by consuming marijuana.

On May 31, 2022, a sweat patch was applied to the offender in order to monitor his sobriety. The sweat patch was later removed on June 6, 2022.

Prob12C
**Re: Van Dyke, Michael Thomas**
**August 10, 2022**
**Page 3**

                On June 17, 2022, this officer received notification from the laboratory that the sweat patch was confirmed to be positive for tetrahydrocannabinol (THC), indicating continued marijuana consumption.

5        **Special Condition #16**:  You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

                **Supporting Evidence**:  On July 15, 18, 25, and 27, 2022, Mr. Van Dyke allegedly violated special condition number 16 by failing to engage in substance abuse treatment with PHS as required.

                According to the information received from PHS, the offender failed to engage in scheduled substance abuse treatment on July 15, 18, 25, and 27, 2022.  Mr. Van Dyke failed to notify this officer that he did not engage in treatment on those dates as required.  When confronted about his continued treatment noncompliance, the offender again claimed he was unable to engage in treatment because of his medical and mental health issues.

6        **Special Condition #16**:  You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

                **Supporting Evidence**:  On August 5, 2022, Mr. Van Dyke allegedly violated special condition number 16 by failing to engage in substance abuse treatment with PHS as required.

                According to the information received from PHS, the offender failed to engage in substance abuse treatment on August 5, 2022, as scheduled.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

                I declare under penalty of perjury that the foregoing is true and correct.

                Executed on:   08/10/2022

                                    s/Amber M.K. Andrade

                                    Amber M.K. Andrade
                                    U.S. Probation Officer

Prob12C
Re: Van Dyke, Michael Thomas
August 10, 2022
Page 4

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____08/11/2022_____
Date