PROB 12C
(6/16)

Report Date: August 18, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Thomas Van Dyke       Case Number: 0980 2:15CR00025-WFN-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 28, 2015

| | | |
|---|---|---|
| Original Offense: | Travel With Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b) | |
| Original Sentence: | Prison - 36 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>10/30/2018 | Prison - 3 months<br>TSR - 120 months | |
| Revocation Sentence:<br>02/24/2020 | Prison - 6 months<br>TSR - 120 months | |
| Revocation Sentence:<br>03/02/2021 | Prison - 8 months<br>TSR - 113 months, 7 days | |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced: January 20, 2022 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 9, 2030 |

### PETITIONING THE COURT

To **issue a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 8/10/2022.

On January 25, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Van Dyke, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #16**:  You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
**Re: Van Dyke, Michael Thomas**
**August 18, 2022**
**Page 2**

**Supporting Evidence**: On August 12 and 15, 2022, Mr. Van Dyke allegedly violated special condition number 16 by failing to engage in substance abuse treatment with Pioneer Human Services (PHS) as required.

According to information received from PHS, the offender failed to engage in substance abuse treatment as scheduled on August 12 and 15, 2022. Mr. Van Dyke failed to notify this officer that he did not engage in treatment on those dates as required. As a result the undersigned attempted to contact the offender to discuss the issue, however, he did not answer.

8    **Special Condition #1**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: On August 15, 2022, Mr. Van Dyke allegedly violated special condition number 1 by failing to report to the residential reentry center (RRC) as instructed.

On July 26, 2022, this officer contacted Mr. Van Dyke and informed him that public law placement had been arranged for him effective August 15, 2022. As such, the offender was instructed to report to the RRC by 12 p.m. on August 15, 2022; additionally, he was instructed to submit to COVID testing the day prior in order to provide the RRC with negative test results as required by the facility rules and regulations.

On August 3, 2022, that instruction was reiterated during a meeting with a supervisory U.S. probation officer (SUSPO).

Because the offender has been so adamant about not residing at the RRC, this officer again attempted to inquire about other housing alternatives on Mr. Van Dyke's behalf. On the morning of August 15, 2022, the undersigned officer contacted Mr. Van Dyke to advise him that a ground-level unit had become available at the Lincoln House. This officer suggested that the offender immediately try to contact the Lincoln House, or he would need to report to the RRC as previously instructed. Mr. Van Dyke subsequently informed this officer he had "no plans" to report to the RRC as he recalled the Court recommending, not requiring, placement.

As of the writing of this report, Mr. Van Dyke has made no attempt to contact the Lincoln House or report to the RRC as instructed.

Prob12C
Re: Van Dyke, Michael Thomas
August 18, 2022
Page 3

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/18/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

8/18/2022
Date