PROB 12C
(6/16)

Report Date: August 10, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 10, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Thomas Van Dyke          Case Number: 0980 2:15CR00025-WFN-1

Address of Offender: ███████████████, Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 28, 2015

| | | |
|---|---|---|
| Original Offense: | Travel with Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b) | |
| Original Sentence: | Prison - 36 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 30, 2018) | Prison - 3 months<br>TSR - 120 months | |
| Revocation Sentence:<br>(February 24, 2020) | Prison - 6 months<br>TSR - 120 months | |
| Revocation Sentence:<br>(March 2, 2021) | Prison - 8 months<br>TSR - 113 months, 7 days | |
| Revocation Sentence:<br>(September 13, 2022) | Prison - 9 months<br>TSR - 86 months | |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: May 31, 2023 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: July 30, 2030 |

## PETITIONING THE COURT

To issue a summons.

On June 1, 2023, Mr. Van Dyke's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #15:** You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment |

      program requirements.  You must allow reciprocal release of information between the supervising officer and the treatment provider.  You must pay for treatment and testing according to your ability.

      **Supporting Evidence:** The offender is alleged to have violated special condition number 15 by not reporting for a scheduled sex offender treatment session with Priscilla Hannon on August 1, 2023.  He also failed to report for a scheduled polygraph exam on or about July 28, 2023.

      The offender's sex offender therapist advised the probation officer that Mr. Van Dyke failed to report for a scheduled individual treatment session on August 1, 2023.  He also failed to report for a scheduled polygraph exam on July 28, 2023.

2      **Special Condition # 17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence:** The offender is alleged to have violated special condition number 17, by failing to submit to urinalysis testing at Pioneer Human Services (PHS) on August 3, 2023.

      The probation officer received email correspondence from PHS indicating the offender failed to report for urinalysis testing on August 3, 2023.

3      **Special Condition # 17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: The offender is alleged to have violated special condition number 17, by consuming a controlled substance, marijuana, on or about August 3, 2023.

      On August 4, 2023, Mr. Van Dyke was instructed to report to the U.S. Probation Office due to his failure to report for random urinalysis testing the day prior.  He reported to the U.S. Probation Office as directed, and submitted a urine specimen that returned presumptive positive for marijuana.  At that time, he signed an admission form acknowledging use of marijuana on or about August 3, 2023.

4      **Special Condition #26:** You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court.  You must allow reciprocal release of information between the supervising officer and treatment provider.  You must contribute to the cost of treatment according to your ability to pay.

      **Supporting Evidence:**  The offender is alleged to have violated special condition number 26, by failing to attend a scheduled mental health treatment session on July 20, 2023.

Prob12C
**Re: Van Dyke, Michael Thomas**
**August 10, 2023**
**Page 3**

        The probation officer received email correspondence from Robert Shepard indicating the offender failed to report for a scheduled mental health session on July 20, 2023. When questioned by the probation officer, he stated he forgot about the appointment.

5     **Special Condition # 16:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

    **Supporting Evidence:** The offender is alleged to have violated special condition number 16, by failing to attend scheduled treatment sessions at Pioneer Human Services (PHS) on July 24, July 27, July 31, August 2, August 3 and August 7, 2023.

    The probation officer received email correspondence from PHS indicating Mr. Van Dyke failed to report to scheduled substance abuse treatment sessions on July 24, July 27, July 31, August 2, August 3 and August 7, 2023.

6     **Special Condition # 16:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

    **Supporting Evidence:** The offender is alleged to have violated special condition number 16, by consuming alcohol on or about August 7, 2023, which constitutes a violation of his substance abuse treatment program.

    On August 8, 2023, the probation officer made contact with the offender at his residence. During the home contact, this officer observed an empty mini alcohol bottle in the residence. When questioned, the offender admitted to consuming alcohol on or about August 7, 2023. This officer later discussed the offender's alcohol use with his treatment provider, who indicated his alcohol consumption is a violation of his substance abuse treatment program.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on:    August 10, 2023

    s/Lori Cross

    Lori Cross
    U.S. Probation Officer

Prob12C
Re: Van Dyke, Michael Thomas
August 10, 2023
Page 4

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_8/10/2023_____
Date