PROB 12C
(6/16)

Report Date: September 7, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 07, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Michael Thomas Van Dyke | Case Number: | 0980 2:15CR00025-WFN-1 |
| Address of Offender: | ███████████████████, Spokane, Washington 99201 | | |
| Name of Sentencing Judicial Officer: | The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | | |
| Date of Original Sentence: | September 28, 2015 | | |
| Original Offense: | Travel With Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b) | | |
| Original Sentence: | Prison - 36 months<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(October 30, 2018) | Prison - 3 months<br>TSR - 120 months | | |
| Revocation Sentence:<br>(February 24, 2020) | Prison - 6 months<br>TSR - 120 months | | |
| Revocation Sentence:<br>(March 2, 2021) | Prison - 8 months<br>TSR - 113 months, 7 days | | |
| Revocation Sentence:<br>(September 13, 2022) | Prison - 9 months<br>TSR - 86 months | | |
| Asst. U.S. Attorney: | David Herzog | Date Supervision Commenced: | May 31, 2023 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | July 30, 2030 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/10/2023 and 08/21/2023.

On June 1, 2023, Mr. Van Dyke's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging and understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition #16:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. |

Prob12C
Re: Van Dyke, Michael Thomas
September 7, 2023
Page 2

> You must allow full reciprocal disclosure between the supervising officer and treatment provider.
>
> **Supporting Evidence:** The offender is alleged to have violated special condition number 16, by failing to report to Pioneer Human Services (PHS) for a scheduled group treatment session on August 23, 2023. Additionally, he failed to report to PHS for a scheduled assessment update appointment on August 24, 2023.
>
> The probation officer received email correspondence from PHS indicating Mr. Van Dyke failed to report for a scheduled group treatment session on August 23, 2023, as well as a scheduled assessment update appointment on August 24, 2023.

11      **Special Condition #17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

> **Supporting Evidence**: The offender is alleged to have violated special condition number 17, by failing to report to PHS for urinalysis testing on August 31, 2023.
>
> The probation officer received email correspondence from PHS indicating that Mr. Van Dyke failed to report for urinalysis testing on August 31, 2023.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 7, 2023

s/ Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Magistrate Judge

Signature of Judicial Officer

9/7/2023
Date